982 F.2d 1255
 James CARROLL, Appellant,
v.
SOUTHWESTERN BELL CORPORATION; Southwestern Bell Telephone
Company; Sickness and Accident Disability Benefits Plan,
Medical Plan; Group Life Insurance Plan; The Benefit Plan
Committee of the Sickness and Accident Disability Benefits
Plan; The Employee Benefit Committee of the Pension Plan, Appellees.
 No. 92-3189.
 United States Court of Appeals,
Eighth Circuit.
 Jan. 11, 1993.
 
 1
 Appeal from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Appellant's motion to seal his opening brief on appeal and Volumes I and IV of his appendix is granted.
 
 
 3
 JOHN R. GIBSON, dissenting.
 
 
 4
 I respectfully dissent.
 
 
 5
 This case involves a dispute over attorneys' fees in an ERISA claim that was settled. All of the settlement papers in the ERISA claim were sealed by the district court.
 
 
 6
 I feel strongly that the business of the courts is public business. I would require the parties to air their dispute in public. This case does not involve trade secrets, just a desire to keep the terms of a settlement secret. This the parties may do, but when they ask the court's blessing, they ask too much. I have serious concerns about propriety of the district court order sealing the terms of the settlement. This court should not perpetuate this ruling.